**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
                              (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Ultrapetrol (Bahamas) Limited |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | N/A  – _ _ _ _ _ _ _ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Shirlaw House, 87 Shirley Street <br> Number      Street | 445      Hamilton Avenue <br> Number      Street |
| P.O. Box SS-19084 | _____ <br> P.O. Box |
| Nassau, Bahamas <br> City           State    ZIP Code | White Plains          NY      10601 <br> City           State    ZIP Code |
| _____ <br> County | **Location of principal assets, if different from principal place of business** <br> 1) HSBC Bank <br> 75 Mamaroneck Avenue <br> White Plains, NY 10601 <br><br> 2) Manufacturers & Traders Trust Co. <br> 25 South Charles Street <br> Baltimore, MD 21201 ◼ |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.ultrapetrol.net |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor    Ultrapetrol (Bahamas) Limited
_____     Case number *(if known)*_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

SIC Code 4412 (NAICS Code 483111)

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ A plan is being filed with this petition.

   ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY

             District _____  When _____  Case number _____
                                         MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor   See attached Schedule 1. _____  Relationship _____

             District _____  When _____
                                                                MM  /  DD  / YYYY

             Case number, if known _____

| Debtor | Ultrapetrol (Bahamas) Limited | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| --- | --- |

_____

| City | State | ZIP Code |
| --- | --- | --- |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
(consolidated filing entities)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**
(consolidated filing entities)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Ultrapetrol (Bahamas) Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**
(consolidated filing entities)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/06/2017
                    MM  / DD  / YYYY

| ✗ _____ | Maria Cecilia Yad |
|---|---|
| Signature of authorized representative of debtor | Printed name |

Title  Chief Financial Officer

**18. Signature of attorney**

| ✗ _____ | Date  02/06/2017 |
|---|---|
| Signature of attorney for debtor | MM  / DD / YYYY |

Bruce R. Zirinsky
Printed name
Zirinsky Law Partners PLLC
Firm name
375        Park Avenue, Suite 2607
Number        Street

| New York | NY | 10152 |
|---|---|---|
| City | State | ZIP Code |

| (212) 763-0192 | bzirinsky@zirinskylaw.com |
|---|---|
| Contact phone | Email address |

| 1544055 | NY |
|---|---|
| Bar number | State |

**Schedule 1**

## PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY THE DEBTORS AND ITS AFFILIATES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. A motion is being filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only. Additional detail regarding the relationship of each debtor is set forth in the corporate ownership statement, filed contemporaneously herewith.

| Entity Name | Relationship | Case Number | Judge |
|---|---|---|---|
| Ultrapetrol (Bahamas) Limited | Debtors' Ultimate Parent Company | Not yet assigned | Not yet assigned |
| Arlene Investments Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Brinkley Shipping Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Cedarino S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Compañia Paraguaya De Transporte Fluvial S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Dampierre Holdings Spain S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Danube Maritime Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Dingle Barges Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Eastham Barges Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| General Ventures Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Hallandale Commercial Corp. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Longmoor Holdings Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Marine Financial Investment Corp. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Massena Port S.A. | Direct subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Oceanpar S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |

| Entity Name | Relationship | Case Number | Judge |
|---|---|---|---|
| Parabal S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Parfina S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Princely International Finance Corp. | Direct subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Regal International Investments S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Riverpar S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Riverview Commercial Corp. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Thurston Shipping Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UABL Barges (Panama) Inc. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UABL Limited | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UABL Paraguay S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UABL Towing Services S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UABL S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| Ultrapetrol S.A. | Indirect subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UPB (Panama) Inc. | Direct subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UP River (Holdings) Ltd. (Bahamas) | Direct subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |
| UP River Terminals (Panama) S.A. | Direct subsidiary of Ultrapetrol (Bahamas) Limited | Not yet assigned | Not yet assigned |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                               :    **Chapter 11 Case No.**

**ULTRAPETROL (BAHAMAS) LIMITED,**                   :    **17-_____ (___)**

                                        **Debtor.**  :    **(Joint Administration Pending)**

-------------------------------------------------------------------x

## Attachment to Voluntary Petition for Non-Individuals Filing for
## Bankruptcy under Chapter 11

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-33068                                                                                   .

2.  The following financial data is the latest available information and refers to the debtor's condition on December 31, 2016.

   a.  Total assets                                      $776,586,000.00  (unaudited)  (consolidated  for Debtors and non-Debtor entities)

   b.  Total debts (including debts listed in 2.c., below)  $565,953,000.00  (unaudited)  (consolidated  for Debtors and non-Debtor entities)

   c.  Debt securities held by more than 500 holders           N/A

|  |  |  |  | | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | | _____ |

   d.  Number of shares of preferred stock                     None issued or outstanding

   e.  Number of shares common stock                           144,652,581 (shares outstanding), as of December 31, 2016.

Comments, if any:  _____

_____

3.  Brief description of debtor's business:  Ultrapetrol (Bahamas) Limited is a shipping holding company

incorporated in the Bahamas.  With its direct and indirect subsidiaries, it operates in two segments of the marine transportation industry; the River Business, which transports dry bulk and liquid cargos through the Hidrovia Region of South America and the Offshore Supply Business, which provides logistical and transportation services for offshore petroleum companies in the coastal waters of Brazil and the North Sea.

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Sparrow Capital Investments Ltd. (71.3%); Sparrow CI Sub Ltd. (11.1%).  Sparrow CI Sub Ltd. is a subsidiary of Sparrow Capital Investments Ltd.  Sparrow Capital Investments Ltd. is a subsidiary of Southern Cross America Private Equity Fund III, L.P. and Southern Cross Latin  America Private Equity Fund IV, L.P.

**Consolidated List of Creditors Holding 40 Largest Unsecured Claims**

The following lists the holders of the forty (40) largest noncontingent, unsecured claims against the Debtors on a consolidated basis as of January 30, 2017 excluding claims of insiders as defined in 11 U.S.C. § 101. All amounts are in U.S. Dollars as reported by Bloomberg, LP. The information herein shall not constitute an admission of liability of, and shall not be binding on, the Debtors.

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DVB SE<br><br>609 Fifth Avenue 5th Floor New York, NY 10017 | Tel: +1 212 588 8864 | Unsecured guarantee claims | | | | $84,245,917 |
| 2 | DVB Bank America NV<br><br>Gaitoweg 35 Willemstad Curaçao Netherlands Antilles | Tel: +599 9 4318 700 | Unsecured guarantee claims | | | | $27,509,167 |
| 3 | NIBC Bank NV<br><br>Carnegieplein 4, 2517 KJ The Hague Netherlands | Tel: +31 70 342 5425 | Unsecured guarantee claims | | | | $27,509,167 |
| 4 | ABN Amro Capital USA LLC<br><br>100 Park Avenue New York, NY 10017 | Francis Birkeland<br><br>Tel: +1 212-649-5100 | Unsecured guarantee claims | | | | $14,014,667 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | Brazilian Development Bank (BNDES)  Avenida República do Chile 100 Rio de Janeiro Brazil 20031-91 | Tel: +55 21 2172-7447 | Unsecured guarantee claims | | | | $11,397,140 |
| 6 | Touax Hidrovia Corp.  Via España y Calle 14 Panama City, Panamá. | Tel: +507-294-4825 | Litigation claim | Unliquidated | | | $2,418,398 |
| 7 | Transbarge Navegación S.A.  Benjamín Constant 520 Asunción, Central, 1214 Paraguay | Jorge Talavera  Tel: +595 21 416-5000  Email: TBN.Servicios@vale.com | Trade debt | | | | $764,365 |
| 8 | Petroleos Paraguayos  Chile 753 Asunción, Paraguay | Hipólito Espínola  Tel.: +595 21 448-503  Email: hespinola@petropar.gov.py | Trade debt | | | | $508,633 |
| 9 | Adriasol S.A.  Ruta Transchaco Km. 19,5 Asunción, Paraguay | Fernando Martinez  Tel.: +595 21 756-099  Email: fernando.martinez@adriasolsa.com | Trade debt | | | | $342,443 |

2

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | Gateley plc<br><br>1 Paternoster Square London EC4M 7DX United Kingdom | Tel.:<br>+44 (20) 7653 1600 | Professional services | | | | $311,237 |
| 11 | Man Diesel & Turbo (Copenhagen)<br><br>Teglholmsgade 41 DK-2450 Copenhagen SV Denmark | Thomas Hojbo Hansen<br><br>Tel.:<br>+45 33 851100<br><br>Email:<br>PrimeServ-cph@mandieselturbo.com | Trade debt | | | | $310,697 |
| 12 | Oil Combustibles S.A.<br><br>Av.Cordoba 657, 7° Piso, Provincia PyT.Fluvial Santa Fe, 1 Argentina | Mara Masjoan<br><br>Tel.:<br>+54 3476 438 200<br><br>Email:<br>mmasjoan@oilcombustibles.com | Trade debt | | | | $278,337 |
| 13 | O'Keeffe & Partners<br><br>27a Brownlow Mews, London, WC1N 2LQ United Kingdom | Hazel Kane<br><br>Tel:<br>+44 (20) 7405 3021<br><br>Email:<br>partners@okeeffe.co.uk | Agency services | | | | $196,000 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Petrobras Paraguay Operaciones y Logistica SRL  Aviadores del Chaco esq. Cañada 2806 Edif. Plaza Center Molas López Casilla de Correo 942 Asunción, Paraguay | Emilio Vargas  Tel.: +595 21 618 1111  Email: sac.py@petrobras.com | Trade debt | | | | $187,869 |
| 15 | Siderar S.A.I.C.  Av.Madero 940 3°Piso Capital Federal Argentina | Gabriela Sosa  Tel.: +54 11 4516 6970  Email: c.gasosa@ternium.com.ar | Trade debt | | | | $172,599 |
| 16 | Natalichio Jose Vicente  Brandsen 501 Piso 5, Dept. A 1161 Buenos Aires Argentina | Jose Natalichio  Tel.: +54 11 4300 8226  E-mail: natalichiojose@sinectis.com.ar | Trade debt | | | | $170,206 |
| 17 | Man Diesel & Turbo  Stadtbachstraße 1 86153 Augsburg Germany | Melanie Modes  Tel.: +49 821 322-4751  Email: melanie.modes@man.eu | Trade debt | | | | $296,665 |

4

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Dos Orillas SRL Leandro Gomez 1090 Oficina 5 Paysandu, Uruguay | Tel.: +54 934 7669 7821 Email: dosorillassrl@gmail.com | Trade debt | | | | $155,438 |
| 19 | Shipping Services Argentina S.A. Av. Leandro N. Alem 986 Piso 11° Caba, 1001 Argentina | Mónica Aguilera Tel.: +54 11 4315 1444 Email: maguiler@ssa-shipping.com.ar | Agency services | | | | $137,352 |
| 20 | 3G Fluvial S.A. San Rafael 1524 Fernando de la Mora Asunción, Paraguay | Roberto Marquez Tel.: + 595 21 329 2354 Email: 3gfluvial@gmail.com | Trade debt | | | | $134,340 |
| 21 | Shipyard S.A. Sgto. José León Gauto 395 Asunción, Paraguay | Olga Ganser Tel: +595 21 214 990 Email: shipyard@shipyard.com.py | Trade debt | | | | $126,124 |
| 22 | R.V.S. Servicios Industriales y Navales S.R.L. España 165, CapBermudez, Stafe, 2154, Argentina | Romina Rocabado Tel.: +54 341 1540 01096 Email: r.v.s3@hotmail.com | Trade debt | | | | $124,258 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 | Segmar Paraguay SA<br><br>Teniente Kanonnikoff 1250 Asunción, Paraguay | Tel.: +595 21 423 972<br><br>Email: zubillaga@argenmar.com | Trade debt | | | | $123,704 |
| 24 | MW Ingenieria SA<br><br>Coronel Irrazabal c/ Mariscal López Fernando de la Mora, Paraguay | Wilson Leguizamon<br><br>Tel.: +595 961 811-089<br><br>Email: mwingenieria@hotmail.com | Trade debt | | | | $114,874 |
| 25 | Enviro Controlar S.R.L.<br><br>25 De Mayo 489 9 Piso Capital Federal, Argentina | Maria Spangenberg<br><br>Tel.: +54 11 5219 0569<br><br>Email: maria.spangenberg@control-ar.com.ar | Trade debt | | | | $112,492 |
| 26 | Enviro Control Ar (Paraguay) S.A.<br><br>2da Paralela Al Este De Bernardino Caballero C/ 6ta. Paralela Al Sur De Brasil Ciudad Del Este, Paraguay | Maria Spangenberg<br><br>Tel.: +595 21 227 004<br><br>Email: maria.spangenberg@control-ar.com.ar | Trade debt | | | | $103,545 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | A&M Montajes Industriales S.R.L.<br><br>Colon 1072 Villa Gobernador Galvez 2124 Santa Fe, Argentina | Federico Aguirre<br><br>Tel.: + 54 341 1537 44500<br><br>Email: aym.aguirrefederico@coopvgg.com.ar | Trade debt | | | | $99,463 |
| 28 | VM Servico de Pintura S.R.L.<br><br>Av. Central Acero Arg. Este 653, Ramallo, 2915, Buenos Aires, Argentina | Victor Riera<br><br>Tel.: +54 336 1534 0335<br><br>Email: vmsrlservicios@arnetbiz.com.ar | Trade debt | | | | $97,205 |
| 29 | Guillermo Florentin Ortiz Ayala<br><br>Acesso Sur Km 17/5, Ñemby, Paraguay | Guillermo Florentin Ayala<br><br>Tel: +595 981 897 102<br><br>Email: gfortizguillermo@gmail.com | Trade debt | | | | $85,598 |
| 30 | Powgen Diesel S.A.<br><br>Alvarado 3085 Capital Federal Argentina | Rubén Silva<br><br>Tel.: +54 11 5544 7000<br><br>Email: rsilva@powgen.com.ar | Trade debt | | | | $81,896 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 31 | Petrobras Argentina S.A. Maipú 1, C1084ABA Capital Federal Argentina | Maria Fagnola Tel.: +54 11 4344 7299 Email: maria.fagnola@petrobras.com | Trade debt | | | | $79,037 |
| 32 | Axion Energy Argentina S.A. Carlos Della Paolera 297 Buenos Aires, Argentina | Graciela Artaza Tel: +54 11 5196 4438 Email: Gestiondecobranzas@axxioenergy.com | Trade debt | | | | $78,692 |
| 33 | Reflupar SRL Teniente Martínez 1029 Fernando de la Mora, Central 2300 Paraguay | Jorge Sanchez Tel.: +595 21 520 588 Email: reflupar@hotmail.com | Trade debt | | | | $77,692 |
| 34 | Omega Naval S.R.L. Av. Belgrano 1699 S:BIS, Rosario, Santa Fe, Argentina | Raul Bou Tel: +54 2932 525 116 Email: raul.bou@omeganaval.com.ar | Trade debt | | | | $76,714 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 35 | Agencia Maritima El Hauar S.R.L.  Mateo Gálvez 499 2200 San Lorenzo Santa Fe, Argentina | Tel: +54 3476 427 027  Email: ayf@elhauar.com.ar | Agency services | | | | $75,279 |
| 36 | Group A&T S.A.  Virgen de Caacupe 3940 Asunción, Paraguay | Horacio Ferreira  Tel.: +595 21 326 2724  Email: comercial@amarresytrincados.com | Trade debt | | | | $72,394 |
| 37 | Man Diesel & Turbo Argentina SA  Corrientes 327 Piso 3° Capital Federal, Argentina 1001 | Vanesa Toimil  Tel.: +54 11 5236 6029  Email: vanesa.toimil@ar.man.eu | Trade debt | | | | $72,328 |
| 38 | Palacios, Prono & Talavera Abogados  José Berges 988 Asunción, Paraguay | Gladys Sanabria  Tel: +595 21 227 004  Email: gladys.sanabria@ppt.com.py | Professional services | | | | $70,950 |
| 39 | Gomistar S.A.  Av Costanera Nº 1182/1174 Nueva Palmira Uruguay | Tel.: +598 4 544 8036  Email: administracion@gomistar.com.uy | Trade debt | | | | $70,660 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 40 | Vial Alfano S.A.  Ruta Panamericana Ramal Escobar Campana Km 33,500. Buenos Aires Argentina. | Tel.: + 54 11 4463-2851  Email: info@vialalfano.com.ar | Trade debt | | | | $65,407 |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  Ultrapetrol (Bahamas) Limited

United States Bankruptcy Court for the: ___Southern_____  District of _New York_
(State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule ____*

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/06/2017        ✗ _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  Maria Cecilia Yad
                                  Printed name

                                  Chief Financial Officer
                                  Position or relationship to debtor

# Ultrapetrol (Bahamas) Limited
### RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT OF THE
### BOARD OF DIRECTORS OF ULTRAPETROL (BAHAMAS) LIMITED

We, the undersigned being all of the duly elected Directors of Ultrapetrol (Bahamas) Limited (the "Company") a company incorporated under the laws of the Commonwealth of The Bahamas, hereby waive all notice of time, place or purpose of meeting and consent to, approve and adopt the following written resolutions in lieu of a meeting pursuant to Article 82 of the Articles of Association of the Company this 3rd day of February, 2017.

**Commencement of Chapter 11 Case**

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, shareholders, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

RESOLVED, that any director or officer of the Company (each, an "Authorized Person"), in each case, acting singly or jointly, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify petitions seeking relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time that the Authorized Person executing the same shall determine; and be it further

**Retention of Advisors and Other Professionals**

RESOLVED, that the law firm of Zirinsky Law Partners PLLC, 375 Park Avenue, Suite 2607, New York, New York 10152, is hereby employed as lead attorneys for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the law firm of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, is hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the law firm of Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, is hereby employed as special corporate and maritime attorneys for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firm of Miller Buckfire & Co., LLC, 787 Seventh Avenue, 5th Floor, New York, New York 10019, is hereby employed as financial advisor and investment banker for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firm of Pistrelli, Henry Martin y Asociados S.R.L, 25 de mayo 487, Buenos Aires, Argentina, is hereby employed as independent auditor for the Company and its direct and indirect Argentine subsidiaries in their chapter 11 cases, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firm of Ernst & Young Paraguay – Auditores y asesores de negocios, Mariscal Lopez 3794, Edificio Citicenter, 6° FL, Asunción, Paraguay, is hereby employed as independent auditor for the Company's direct and indirect Paraguayan subsidiaries in their chapter 11 cases, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firm of Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, is hereby employed as claims, noticing, and solicitation agent and bankruptcy

administrator for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firm of AlixPartners International, LLC, 909 3rd Avenue, New York, New York, 10022, is hereby employed to provide financial advisory and consulting services for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that each Authorized Person is hereby authorized, empowered, and directed to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, brokers, and other professionals, subject to Bankruptcy Court approval, and each Authorized Person and Secretary of the Company are authorized, empowered, and directed to execute all documents and perform any and all further acts and deeds such Authorized Person or the Secretary of the Company deems necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case; and be it further

**Use of Cash Collateral and Debtor in Possession Financing**

RESOLVED, that in connection with the commencement or prosecution of the Company's chapter 11 case, each Authorized Person is hereby authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute, and deliver such notes, security and other agreements, and instruments as such Authorized Person considers appropriate to enable the Company to obtain debtor in possession financing and to utilize cash collateral on the terms and conditions such Authorized Person executing the same may consider necessary, proper, or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such notes, security and other agreements and instruments on behalf of the Company, subject to Bankruptcy Court approval; and be it further

RESOLVED that each Authorized Person is hereby authorized and empowered, on behalf of, and in the name of, the Company, to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of any debtor in possession financing or cash collateral agreements, and in connection therewith, each Authorized Person is hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents the Authorized Person deems necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case; and be it further

RESOLVED that each Authorized Person is hereby authorized, directed, and empowered, on behalf of, and in the name of, the Company, to secure the payment and performance of any debtor in possession financing or cash collateral agreements by (i) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired and (ii) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, intercreditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate, or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral, and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the Authorized Person executing the same, the execution thereof by such Authorized Person to be conclusive evidence of such approval or determination; and be it further

**General Authorization and Ratification**

RESOLVED, that each Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, negotiate, and perform, any and all petitions, schedules, lists, motions,

certifications, agreements, instruments, affidavits, declarations, plans, disclosure statements, applications, including without limitation, applications for approvals or rulings of governmental or regulatory authorities, or other papers or documents and to take such other actions, as in the judgment of such Authorized Person shall be or become necessary, proper, or desirable with a view to the successful prosecution of the Company's chapter 11 case and to effectuate a successful reorganization of the Company's business; and be it further

RESOLVED, that each Authorized Person is authorized, empowered, and directed, in the name and on behalf of the Company, and any such actions heretofore taken by each such Authorized Person are hereby, ratified, confirmed, and approved in all respects: (i) to negotiate, execute, deliver, certify, file and/or record, and perform, any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such Authorized Person deems appropriate or advisable, or to cause the negotiation, execution, and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such Authorized Person may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Person may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Person to constitute evidence of such approval, (ii) to negotiate, execute, deliver, certify, file and/or record, and perform, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such Authorized Person deems appropriate or advisable in connection therewith, and (iii) to do such other things as may be required, or as may in such Authorized Person's judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

**[The remainder of this page has intentionally been left blank.
Signature page follows.]**

......................................................
Eduardo Ojea Quintana

......................................................
George Wood

......................................................
Gonzalo Dulanto

......................................................
Raul Sotomayor

......................................................
Sebastian Villa

......................................................
Barry Ridings

......................................................
John Wobensmith

......................................................
Damian Scokin

..................................................
Eduardo Ojea Quintana

..................................................
George Wood

..................................................
Gonzalo Dulanto

..................................................
Raul Sotomayor

..................................................
Sebastian Villa

..................................................
Barry Ridings

..................................................
John Wobensmith

..................................................
Damian Scokin

..............................................          ..............................................
Eduardo Ojea Quintana                                   George Wood



..............................................          ..............................................
Gonzalo Dulanto                                         Raul Sotomayor



..............................................          ..............................................
Sebastian Villa                                         Barry Ridings


..............................................
John Wobensmith


..............................................
Damian Scokin

_____
Eduardo Ojea Quintana

_____
George Wood

_____
Gonzalo Dulanto

_____
Raul Sotomayor

_____
Sebastian Villa

_____
Barry Ridings

_____
John Wobensmith

_____
Damian Scokin

........................................................          ........................................................
Eduardo Ojea Quintana                                            George Wood


........................................................          ........................................................
Gonzalo Dulanto                                                  Raul Sotomayor


........................................................          ........................................................
Sebastian Villa                                                  Barry Ridings


                              ........................................................
                              John Wobensmith


                              ........................................................
                              Damian Scokin

........................................
Eduardo Ojea Quintana

........................................
George Wood

........................................
Gonzalo Dulanto

........................................
Raul Sotomayor

........................................
Sebastian Villa

........................................
Barry Ridings

........................................
John Wobensmith

........................................
Damian Scokin

.................................................
Eduardo Ojea Quintana

.................................................
George Wood

.................................................
Gonzalo Dulanto

.................................................
Raul Sotomayor

.................................................
Sebastian Villa

.................................................
Barry Ridings

.................................................
John Wobensmith

.................................................
Damian Scokin

....................................................
Eduardo Ojea Quintana

....................................................
George Wood

....................................................
Gonzalo Dulanto

....................................................
Raul Sotomayor

....................................................
Sebastian Villa

....................................................
Barry Ridings

....................................................
John Wobensmith

....................................................
Damian Scokin