UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                             :    Chapter 11 Case No.

**ULTRAPETROL (BAHAMAS) LIMITED,** *et al.*,    :    17-22168 (RDD)

                                    Debtors.[1]   :    (Joint Administration Pending)
---------------------------------------------------------------------x

<u>**NOTICE OF ADJOURNMENT OF FIRST DAY HEARING**</u>

**PLEASE TAKE NOTICE** that, due to inclement weather, the matters listed on <u>Exhibit A</u> hereto, previously scheduled to be heard on February 9, 2017 at 2:00 p.m. (Prevailing Eastern Time), have been adjourned to **February 10, 2017 at 11:00 a.m. (Prevailing Eastern Time)**, before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated: New York, New York
       February 8, 2017

/s/  Sharon J. Richardson
Bruce R. Zirinsky
Sharon J. Richardson
Gary D. Ticoll
ZIRINSKY LAW PARTNERS PLLC
375 Park Avenue, Suite 2607
New York, New York 10152
(212) 763-0192
bzirinsky@zirinskylaw.com
srichardson@zirinskylaw.com
gticoll@zirinskylaw.com

Christopher K. Kiplok
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
chris.kiplok@hugheshubbard.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

---

1. The Debtors in these chapter 11 cases are the following entities: Ultrapetrol (Bahamas) Limited; Arlene Investments, Inc.; Brinkley Shipping Inc.; Cedarino S.A.; Compañia Paraguaya De Transporte Fluvial S.A.; Dampierre Holdings Spain, S.A.; Danube Maritime Inc.; Dingle Barges Inc.; Eastham Barges Inc.; General Ventures Inc.; Hallandale Commercial Corp.; Longmoor Holdings Inc.; Marine Financial Investment Corp.; Massena Port S.A.; Oceanpar S.A.; Parabal S.A.; Parfina S.A.; Princely International Finance Corp.; Regal International Investments S.A.; Riverpar S.A.; Riverview Commercial Corp.; Thurston Shipping Inc.; UABL Barges (Panama) Inc.; UABL Limited; UABL Paraguay S.A.; UABL Towing Services S.A.; UABL S.A.; Ultrapetrol S.A.; UPB (Panama) Inc.; UP River (Holdings) Ltd. (Bahamas); and UP River Terminals (Panama) S.A.  The foreign equivalent of an EIN, if any, for each Debtor is set forth in its chapter 11 petition.

## Exhibit A

1. Debtors' Motion Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases **[ECF No. 3]**

2. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 341, 1125, 1126, 1127 and 1128, and Fed. R. Bankr. P. 2002, 3017, 3018, and 3020 (a) for Entry of an Order (i) Scheduling a Combined Hearing to Consider Approval of Disclosure Statement, Solicitation Procedures and Forms of Ballots and Confirmation of Debtors' Second Amended Prepackaged Plan of Reorganization and Establishing Deadlines With Respect Thereto, (ii) Directing Waiver or Deferral of Section 341(a) Meeting, and (iii) Approving the Form and Manner of Notice of Commencement of Chapter 11 Cases, Waiver or Deferral of Section 341(a) Meeting, Combined Hearings, and Related Deadlines and Matters and (b) for Entry of an Order Approving Disclosure Statement, Solicitation Procedures and Ballots and Confirming Second Amended Prepackaged Plan **[ECF No. 4]**

3. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 342(a) & 521, Fed. R. Bankr. P. 1007(a), 1007(b), 1007(c), 2002, 2015.3 & 9006(b), and Local Bankr. R. 1007-1 for Entry of Order (i) Extending Time to File (A) Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (B) Financial Reports Pursuant to Fed. R. Bankr. P. 2015.3(a), (ii) Waiving Requirements to File Schedules, Statements, and Financial Reports Upon Confirmation of Debtors' Second Amended Prepackaged Plan, and (iii) Waiving Requirements to File Lists of Creditors and Equity Holders **[ECF No. 5]**

4. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(b), 363(c), 364(a), 503(b) & 507(a) and Fed. R. Bankr. P. 6003 & 6004 for Entry of Interim and Final Orders (i) Authorizing Debtors to (A) Continue Using Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Continue Intercompany Transactions and Transfers and Provide Post-Petition Intercompany Claims Administrative Expense Priority, and (D) Maintain Existing Bank Accounts and Business Forms and (ii) Waiving the Requirements of 11 U.S.C. § 345(b) **[ECF No. 8]**

5. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 361, 363 & 507 of the Bankruptcy Code and Fed. R. Bankr. P. 4001 for Entry of Interim and Final Orders (i) Authorizing (A) Use of Cash Collateral and (B) Granting Adequate Protection and (ii) Modifying the Automatic Stay **[ECF No. 15]**

6. Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) & 105(a) for Entry of Interim and Final Orders Authorizing (i) Payment of Prepetition Wages, Salaries, and Other Compensation and Benefits and (ii) Maintenance of Employee Benefits Programs and Payment of Related Administrative Obligations **[ECF No. 6]**

7. Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b), 105(a) & 503(b)(9) for Entry of Interim and Final Orders Authorizing, But Not Directing, Debtors to Pay Prepetition Obligations Owed to Foreign Vendors **[ECF No. 7]**

8. Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 363(c)(1) and 503(b)(1)(A) Granting Administrative Expense Status to Undisputed Obligations to Vendors Arising from Postpetition Delivery, Shipment, or Provision of Goods and Services Ordered Prepetition and Authorizing Debtors to Pay Such Obligations in Ordinary Course of Business **[ECF No. 9]**

9. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b) & 503(b) for Entry of Orders Authorizing Debtors to Continue Their Insurance Programs and Satisfy Insurance Obligations **[ECF No. 10]**

10. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8) & 541 for Entry of Interim and Final Orders Authorizing, But Not Directing, Debtors to Pay Prepetition Taxes and Assessments **[ECF No. 11]**

11. Debtors' Motion for the Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 362 & 365 of the Bankruptcy Code Enforcing and Restating Automatic Stay and Ipso Facto Provisions **[ECF No. 12]**

12. Debtors' Application Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and Local Bankruptcy Rule 5075-1 for an Order Appointing Prime Clerk LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Commencement Date **[ECF No. 13]**

13. Debtors' Motion pursuant to 11 U.S.C. § 105(a) and Fed R. Bankr. P. 1015(c), 2002(m) & 9007 for Entry of Order Implementing Certain Notice and Case Management Procedures **[ECF No. 14]**