UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| ULTRAPETROL (BAHAMAS) LIMITED, *et al.*, | : | 17-22168 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

-----------------------------------------------------------------x

### DECLARATION AND DISCLOSURE STATEMENT OF LUCIANO ESTEBAN CACACE, ON BEHALF OF CACACE & ASOCIADOS

Luciano Esteban Cacace, hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am the firm owner of Cacace & Asociados, located at Laprida 869, Rosario, Santa Fe, Argentina (the "Firm").

2. Ultrapetrol (Bahamas) Limited ("UBL") and certain of its wholly-owned direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively with UBL, "Ultrapetrol" or the "Debtors"), have requested that the Firm provide legal services to Ultrapetrol, and the Firm has consented to provide such services (the "Services").

---

[1]. The Debtors in these chapter 11 cases are the following entities: Ultrapetrol (Bahamas) Limited; Arlene Investments, Inc.; Brinkley Shipping Inc.; Cedarino S.A.; Compañia Paraguaya De Transporte Fluvial S.A.; Dampierre Holdings Spain, S.A.; Danube Maritime Inc.; Dingle Barges Inc.; Eastham Barges Inc.; General Ventures Inc.; Hallandale Commercial Corp.; Longmoor Holdings, Inc.; Marine Financial Investment Corp.; Massena Port S.A.; Oceanpar S.A.; Parabal S.A.; Parfina S.A.; Princely International Finance Corp.; Regal International Investments S.A.; Riverpar S.A.; Riverview Commercial Corp.; Thurston Shipping Inc.; UABL Barges (Panama) Inc.; UABL Limited; UABL Paraguay S.A.; UABL Towing Services S.A.; UABL S.A.; Ultrapetrol S.A.; UPB (Panama) Inc.; UP River (Holdings) Ltd. (Bahamas); and UP River Terminals (Panama) S.A. The foreign equivalent of an EIN, if any, for each Debtor is set forth in its chapter 11 petition.

2

3. The Services include, but are not limited to, the following:

Litigation in labor and insurance claims against de debtors, legal counseling services

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in Ultrapetrol's chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of Ultrapetrol, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to Ultrapetrol or its estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from Ultrapetrol with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to Ultrapetrol or its estates with respect to the matters on which the Firm is to be retained.

7. As of the commencement of these chapter 11 cases, Ultrapetrol owed the Firm $ 60,000 in respect of prepetition services rendered to Ultrapetrol.

8. The Firm is conducting further inquiries regarding its retention by any creditors of Ultrapetrol, and upon conclusion of this inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on March 1th, 2017, at Rosario, Argentina.

Luciano Esteban Cacace
Declarant Name

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                         :   Chapter 11 Case No.

ULTRAPETROL (BAHAMAS) LIMITED, et al.,        :   17-22168 (RDD)

                              Debtors.[1]    :   (Jointly Administered)

------------------------------------------------------------x
```

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Ultrapetrol (Bahamas) Limited ("UBL") and certain of its wholly-owned direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively with UBL, "Ultrapetrol" or the "Debtors").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY ULTRAPETROL TO:

    Ultrapetrol (Bahamas) Limited
    445 Hamilton Avenue
    White Plains, NY 10601
Attn:  Mr. Diego Alvarez

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and Address of company:
        Cacace & Asociados, Laprida 869, Rosario, Santa Fe, Argentina

2.    Date of retention: June 2015

---

[1]. The Debtors in these chapter 11 cases are the following entities: Ultrapetrol (Bahamas) Limited; Arlene Investments, Inc.; Brinkley Shipping Inc.; Cedarino S.A.; Compañia Paraguaya De Transporte Fluvial S.A.; Dampierre Holdings Spain, S.A.; Danube Maritime Inc.; Dingle Barges Inc.; Eastham Barges Inc.; General Ventures Inc.; Hallandale Commercial Corp.; Longmoor Holdings, Inc.; Marine Financial Investment Corp.; Massena Port S.A.; Oceanpar S.A.; Parabal S.A.; Parfina S.A.; Princely International Finance Corp.; Regal International Investments S.A.; Riverpar S.A.; Riverview Commercial Corp.; Thurston Shipping Inc.; UABL Barges (Panama) Inc.; UABL Limited; UABL Paraguay S.A.; UABL Towing Services S.A.; UABL S.A.; Ultrapetrol S.A.; UPB (Panama) Inc.; UP River (Holdings) Ltd. (Bahamas); and UP River Terminals (Panama) S.A. The foreign equivalent of an EIN, if any, for each Debtor is set forth in its chapter 11 petition.

2

3. Type of services to be provided (accounting, legal, etc.):
   Legal services

4. Brief description of services to be provided:
   Litigation: we represent Ultrapetrol in diferent trials against them, such as labor and insurance matters

5. Arrangements for compensation (hourly, contingent, etc.):
   montly fee

   (a) Average hourly rate (if applicable):

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):
   $ 6,250

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $60,000

   Date claim arose: from January 2006 to December 2016

   Nature of claim: Labor and Insurance claims

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the company:

   Name: None

   Status: None

   Amount of claim: None

   Date claim arose: None

   Nature of claim: None

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed:
   None

3

9.  Name and title of individual completing this form:
    Luciano Esteban Cacace (firm owner)

**Dated**: 03/15/2017